UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SANTIAGO PEREZ,

                Plaintiff,

       - against -

CITY OF NEW YORK, ET AL,

             Defendants.

-----------------------------------------------------------

**ORDER OF
DISCONTINUANCE**

Civil No. 06 1101 (ARR)

It having been reported to the Court that the above-captioned action has been settled,

IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 20 days if the settlement is not consummated.

SO ORDERED:

DATED:     Brooklyn, New York
            July   25  , 2006

_____
Allyne R. Ross
United States District Judge

1

COPIES WERE FORWARDED TO:

Steven Alan Hoffner, Esq.
350 Broadway, Suite 1105
New York, NY 10013

Sabrina M. Tann
New York City Law Department
100 Church Street
New York, NY 10007

Magistrate Judge Pollak